**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MONTELLE LEE FAIRFAX,                    )
                                         )     Civil Action No.  10 - 1684
                    Petitioner,          )
                                         )     Chief District Judge Gary L. Lancaster
            v.                           )
                                         )
MS. D. SAUERS; THE DISTRICT              )
ATTORNEY OF THE COUNTY OF                )
FAYETTE and  THE ATTORNEY                )
GENERAL OF PENNSYLVANIA,                 )
                                         )
                    Respondents.         )

**MEMORANDUM ORDER**

On December 16, 2010, the above captioned case was initiated by the filing of a Motion

for Leave to Proceed *In Forma Pauperis* accompanied by a Petition for Writ of Habeas Corpus

(ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in

accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court

for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on August 29, 2011 (ECF No.

13) recommending that the Petition for Writ of Habeas Corpus be dismissed as untimely and that

a certificate of appealability be denied.  On October 7, 2011, Petitioner filed Objections to the

Report and Recommendation (ECF No. 14).   Petitioner's objections do not undermine the

recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this _10th_ day of November, 2011:

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 13) is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Gary L. Lancaster, Chief
United States District Judge

cc:     Montelle Lee Fairfax
        GK - 8943
        S.C.I. Forest
        P.O. Box 945
        Marienville, PA, 16239